IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CATO INSTITUTE,** <br> 1000 Massachusetts Ave. NW <br> Washington, DC 20001 <br><br> **Plaintiff,** <br><br> v. <br><br> **FEDERAL BUREAU OF INVESTIGATION,** <br> 935 Pennsylvania Ave. NW <br> Washington, D.C. 20535 <br><br> **U.S. DEPARTMENT OF JUSTICE,** <br> 950 Pennsylvania Ave. NW <br> Washington, D.C. 20530 <br><br> **Defendants.** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## COMPLAINT

1. Plaintiff CATO INSTITUTE brings this suit to force Defendants FEDERAL BUREAU OF INVESTIGATION and U.S. DEPARTMENT OF JUSTICE to conduct a reasonable search, issue a determination, and produce records in response to two FOIA requests regarding the Committee in Solidarity with the People of El Salvador (CISPES).

## PARTIES

2. Plaintiff CATO INSTITUTE ("CATO") is a public policy research organization—a think tank—dedicated to the principles of individual liberty, limited government, free markets, and peace. Its scholars and analysts conduct independent, nonpartisan research on a wide range of policy issues. CATO is the FOIA requester in this case.

3. Defendant FEDERAL BUREAU OF INVESTIGATION is a federal agency and is subject to the Freedom of Information Act, 5 U.S.C. § 552.

4. Defendant U.S. DEPARTMENT OF JUSTICE is a federal agency and is subject to the Freedom of Information Act, 5 U.S.C. § 552.  DOJ is the parent agency of FBI.

## JURISDICTION AND VENUE

5. This case is brought under 5 U.S.C. § 552(a)(4)(B) and presents a federal question conferring jurisdiction on this Court.  *See* 28 U.S.C. § 1331.

6. Venue is proper under 5 U.S.C. § 552(a)(4)(B).

## NOVEMBER 14, 2022 FOIA REQUEST TO FBI

7. On November 14, 2022, CATO submitted a FOIA request to FBI for the following records:

> The FBI Inspection Division (INSD) inquiry into the FBI's handling of the investigation of the Committee in Solidarity with the People of El Salvador (CISPES). The attached FBI INSD LHM to then-White House Counsel Arthur Culvahouse, Jr., dated 4/2/88, makes direct reference to this INSD inquiry and is attached for your reference. This request is inclusive of any draft or final reports, audits, etc. issued by INSD on this topic.

8. A true and correct copy of the FOIA request is attached as Exhibit 1.

9. On November 17, 2022, FBI acknowledged receipt of the FOIA request and assigned reference number 1572741-000 to the matter.

10. A true and correct copy of the acknowledgement letter is attached as Exhibit 2.

11. On August 20, 2024, CATO sought an estimated date of completion for the request.

12. A true and correct copy of the correspondence is included in Exhibit 3.

13. On August 23, 2024, FBI stated that the request "is being preprocessed to another open request on the same subject," and "to avoid duplicative efforts, [Plaintiff] will receive the same releases at the same time as the original requester for this subject." FBI noted that the request "to which [Plaintiff's] will be preprocessed is presently awaiting assignment to a Disclosure analyst." FBI did not provide an estimated date of completion for the request. *Id.*

14. On January 6, 2025, CATO sought an estimated date of completion for the request. *Id*.

15. On January 7, 2025, FBI stated that the request "is being preprocessed to another open request on the same subject," and "to avoid duplicative efforts, [Plaintiff] will receive the same releases at the same time as the original requester for this subject." FBI noted that the request "to which [Plaintiff's] will be preprocessed is presently awaiting assignment to a Disclosure analyst." FBI did not provide an estimated date of completion for the request. *Id*.

16. On January 24, 2025, Plaintiff sent a follow-up to FBI to seek an estimated date of completion, ask what steps had been taken already and would be taken next in processing the request, whether an analyst had been assigned, and other details regarding the status of the request.

17. A true and correct copy of the correspondence is included in Exhibit 4.

18. On February 6, 2025, FBI stated that the estimated date of completion for the request was July 2028. *Id*.

19. FBI did not send any further correspondence to Plaintiff regarding this request.

20. As of the date of this filing, FBI has not issued a determination and has not produced any records.

21. As of the date of this filing, FBI has failed to make any responsive records promptly available to Plaintiff.

## AUGUST 20, 2024 FOIA REQUEST TO FBI

22. On August 20, 2024, CATO submitted a FOIA request to FBI for records mentioning Committee in Solidarity with the People of El Salvador (CISPES).

23. A true and correct copy of the original FOIA request is attached as Exhibit 5.

24. On August 28, 2024, FBI acknowledged receipt of the FOIA request, denied expedited processing, and assigned reference number 1510046-001 to the matter.

25. A true and correct copy of the acknowledgement letter is attached as Exhibit 6.

26. On November 12, 2024, FBI issued an interim response stating that responsive records would be uploaded to FBI's electronic FOIA library.

27. A true and correct copy of the letter is attached as Exhibit 7.

28. On January 6, 2025, CATO sought an estimated date of completion for the request.

29. A true and correct copy of the correspondence is included in Exhibit 8.

30. On January 7, 2025, FBI stated that the request "is being preprocessed to another open request on the same subject," and "to avoid duplicative efforts, [Plaintiff] will receive the same releases at the same time as the original requester for this subject." FBI noted that the request "to which [Plaintiff's] will be preprocessed is presently awaiting assignment to a Disclosure analyst." FBI did not provide an estimated date of completion for the request. *Id*.

31. FBI did not send any further correspondence to Plaintiff regarding this request.

32. As of the date of this filing, FBI has not issued a determination and has not produced any records.

33. As of the date of this filing, FBI has failed to make any responsive records promptly available to Plaintiff.

**COUNT I – FBI'S FOIA VIOLATION**
**NOVEMBER 14, 2022 FOIA REQUEST**

34. The above paragraphs are incorporated by reference.

35. Plaintiff's FOIA request seeks the disclosure of agency records and was properly made.

36. Defendant FBI is a federal agency subject to FOIA.

37. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

38. Defendant FBI has failed to conduct a reasonable search for records responsive to the request.

39. Defendant FBI has failed to issue a determination within the statutory deadline.

40. Defendant FBI has failed to produce all non-exempt records responsive to the request.

### COUNT II – FBI'S FOIA VIOLATION
### AUGUST 20, 2024 FOIA REQUEST

41. The above paragraphs are incorporated by reference.

42. Plaintiff's FOIA request seeks the disclosure of agency records and was properly made.

43. Defendant FBI is a federal agency subject to FOIA.

44. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

45. Defendant FBI has failed to conduct a reasonable search for records responsive to the request.

46. Defendant FBI has failed to issue a determination within the statutory deadline.

47. Defendant FBI has failed to produce all non-exempt records responsive to the request.

**WHEREFORE**, Plaintiff asks the Court to:

    i.    declare that Defendants have violated FOIA;

    ii.    order Defendants to conduct a reasonable search for records and to produce the requested records promptly;

    iii.    enjoin Defendants from withholding non-exempt public records under FOIA;

    iv.    award Plaintiff attorneys' fees and costs; and

    v.    award such other relief the Court considers appropriate.

Dated: February 10, 2025

                          RESPECTFULLY SUBMITTED,

                          */s/ Matthew V. Topic*

                          Attorneys for Plaintiff,
                          CATO INSTITUTE

                          Matthew Topic, D.C. Bar No. IL0037
                          Stephen Stich Match, D.C. Bar No. MA0044
                          Merrick Wayne, D.C. Bar No. IL0058
                          LOEVY & LOEVY
                          311 North Aberdeen, 3rd Floor
                          Chicago, IL 60607
                          312-243-5900
                          foia@loevy.com